**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-6557**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSE LUIS ACEVEDO, a/k/a Louie, a/k/a Pedro
Pineyro,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CR-92-427-A, CA-97-2080-1)

—————————

Submitted: July 22, 1998          Decided: August 10, 1998

—————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Cheryl Johns Sturm, Westtown, Pennsylvania, for Appellant. Thomas
More Hollenhorst, Assistant United States Attorney, Alexandria,
Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose Luis Acevedo seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), as untimely. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Acevedo, Nos. CR-92-427-A; CA-97-2080-1 (E.D. Va. Dec. 29, 1997; Jan. 22, 1998). We find meritless Acevedo's claims that: (1) the district court lacked the authority to raise the one-year limitation period for § 2255 motions sua sponte; (2) the Government waived its right to assert the limitation period; (3) his motion cannot be barred because it raises constructive denial of counsel; and (4) the limitation period violates the Suspension Clause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED